IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:18-CR-114 HTW-FKB

DEVON MODACURE

**ORDER FOR RELEASE OF MEDICAL RECORDS**

Before this Court is Defendant's *ore tenus* motion for a Court Order authorizing immediate release of his medical records. Defendant Devon Modacure effectively waived his privacy rights under the Health Insurance Portability and Accountability Act (hereinafter referred to as "HIPAA") at the docket call before this Court on September 27, 2018.

It is **THEREFORE ORDERED** as follows:

TO: Custodian of Medical Records
Madison County Sheriff's Department
2941 U.S. Highway 51
Canton, MS 39046

This Court hereby authorizes, directs, and orders, pursuant to the laws of Mississippi and applicable federal law, including but not limited to HIPAA, to make available for examination and reproduction by the parties and their counsel denominated in this lawsuit **any and all** medical records of any type or nature whatsoever and/or any protected health information within your care, custody, or in any manner concerning Devon Modacure.

Said inspection and reproduction may be requested by any attorney of record herein, and any clerical fees and expenses shall be paid by the attorney requesting such examination, reproduction, or review.

This Order complies with HIPAA federal standards for privacy of individually identifiable health information and shall be effective throughout the pendency of this action.

**SO ORDERED AND ADJUDGED** this the 29th day of October, 2018.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE